UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2016 OCT 13 P 1:04
US DISTRICT COURT
HARTFORD CT

Grand Jury H-16-1

UNITED STATES OF AMERICA

v.

ERIC MUNOZ, a.k.a. "Bebito,"
SAMUEL CORTES,
ANGEL NAZARIO,
LUIS REYES-GUTIERREZ,
AMBIORIS REYES-GUTIERREZ, a.k.a. "Domi,"
HERIBERTO PAGAN,
NELSON MARQUEZ, a.k.a. "Chin,"
COREY HORTON, a.k.a. "Bake,"
ANTHONY CHRISTIANA and
JOSE SERRANO

CRIMINAL NO.
3:16CR186 VLB

VIOLATIONS:

21 U.S.C. § 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Heroin)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(i) and 841(b)(1)(C) (Possession with Intent to Distribute and Distribution of Heroin)

21 U.S.C. § 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Marijuana)

18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Unlawful Possession of a Firearm by a Felon)

18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) (Criminal Forfeiture)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Distribute and to Possess with Intent to Distribute Heroin)

1. From approximately January 2015 through approximately May 2015, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants ERIC MUNOZ, a.k.a. "Bebito," SAMUEL CORTES, ANGEL NAZARIO, LUIS REYES-GUTIERREZ, AMBIORIS REYES-GUTIERREZ, a.k.a. "Domi," HERIBERTO PAGAN, NELSON MARQUEZ, a.k.a. "Chin," COREY HORTON, a.k.a. "Bake," ANTHONY CHRISTIANA, JOSE SERRANO, and DAVID ALVARADO, a.k.a. "Flaco," who is not named

as a defendant herein but has been charged separately, and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that the defendants MUNOZ, CORTES, NAZARIO, LUIS REYES-GUTIERREZ, AMBIORIS REYES-GUTIERREZ, PAGAN, MARQUEZ, HORTON, CHRISTIANA, SERRANO, and ALVARADO, together with others known and unknown to the Grand Jury, would distribute and possess with intent to distribute a controlled substance, namely heroin, in violation of Title 21, United States Code, Section 841(a)(1).

3. Defendants MUNOZ, CORTES, NAZARIO, LUIS REYES-GUTIERREZ and AMBIORIS REYES-GUTIERREZ knew from their own conduct as members of the narcotics conspiracy charged in Count One and from the readily foreseeable conduct of other members of that conspiracy, that the conspiracy involved 100 grams or more of a mixture and substance containing a detectable amount of heroin, contrary to the provisions of Title 21, United States Code, Section 841(b)(1)(B)(i).

4. Defendants PAGAN, MARQUEZ, HORTON, CHRISTIANA and SERRANO, knew from their own conduct as members of the narcotics conspiracy charged in Count One and the readily foreseeable conduct of other members of that conspiracy, that the conspiracy involved a mixture and substance containing a detectable amount of heroin, contrary to the provisions of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO
(Possession with Intent to Distribute and Distribution of Heroin)

5. On or about January 14, 2015, in the District of Connecticut, the defendant AMBIORIS REYES-GUTIERREZ, a.k.a. "Domi," did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT THREE
(Possession with Intent to Distribute and Distribution of Heroin)

6. On or about January 18, 2015, in the District of Connecticut, defendant ERIC MUNOZ, a.k.a. "Bebito," did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT FOUR
(Possession with Intent to Distribute and Distribution of Heroin)

7. On or about January 23, 2015, in the District of Connecticut, defendant ANGEL NAZARIO did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT FIVE
(Possession with Intent to Distribute and Distribution of Heroin)

8. On or about January 25, 2015, in the District of Connecticut, defendant LUIS REYES-GUTIERREZ did knowingly and intentionally possess with intent to distribute, and did

distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT SIX
(Possession with Intent to Distribute and Distribution of Heroin)

9. On or about January 25, 2015, in the District of Connecticut, defendant COREY HORTON, a.k.a. "Bake," did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT SEVEN
(Possession with Intent to Distribute of Heroin)

10. On or about January 27, 2015, in the District of Connecticut, defendant NELSON MARQUEZ, a.k.a. "Chin," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT EIGHT
(Possession with Intent to Distribute and Distribution of Heroin)

11. On or about January 28, 2015, in the District of Connecticut, defendant LUIS REYES-GUTIERREZ did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT NINE
(Possession with Intent to Distribute and Distribution of Heroin)

12. On or about January 29, 2015, in the District of Connecticut, defendant HERIBERTO PAGAN did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT TEN
(Possession with Intent to Distribute Heroin)

13. On or about February 3, 2015, in the District of Connecticut, defendant ANTHONY CHRISTIANA did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT ELEVEN
(Possession with Intent to Distribute and Distribution of Heroin)

14. On or about February 7, 2015, in the District of Connecticut, defendant SAMUEL CORTES did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT TWELVE
(Possession with Intent to Distribute and Distribution of Heroin)

15. On or about February 9, 2015, in the District of Connecticut, defendant HERIBERTO PAGAN did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT THIRTEEN
(Possession with Intent to Distribute Heroin)

16. On or about February 10, 2015, in the District of Connecticut, defendant NELSON MARQUEZ did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT FOURTEEN
(Possession with Intent to Distribute and Distribution of Heroin)

17. On or about February 10, 2015, in the District of Connecticut, defendant SAMUEL CORTES did knowingly and intentionally possess with intent to distribute, and did distribute, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

COUNT FIFTEEN
(Possession with Intent to Distribute and Distribution of Heroin)

18. On or about February 11, 2015, in the District of Connecticut, defendant ERIC MUNOZ, a.k.a. "Bebito," did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT SIXTEEN
(Conspiracy to Distribute and to Possess with Intent to Distribute Marijuana)

19. From approximately January 2015 through approximately May 2015, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, defendant

JOSE SERRANO and DAVID ALVARADO, a.k.a. "Flaco," who is not named as a defendant herein but has been charged separately, and others known and unknown to the Grand Jury, unlawfully, intentionally and knowingly combined, conspired, and agreed with each other to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D) and 846.

COUNT SEVENTEEN
(Unlawful Possession of a Firearm by a Convicted Felon)

20. On or about May 26, 2015, in the District of Connecticut, defendant JOSE SERRANO, having been previously convicted in the Superior Court of the State of Connecticut of a crime punishable by a term of imprisonment exceeding one year, that is, Sale of a Hallucinogen/Narcotic, in violation of Connecticut General Statute § 21a-277(a), on or about August 6, 2008, did knowingly possess a firearm in and affecting commerce, that is, a black 9mm Beretta pistol, model 92FS, with serial number BER204123Z, which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION
(Firearms Offense)

21. Upon conviction of the offense alleged in Count Seventeen of this Indictment, defendant JOSE SERRANO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a black 9mm Beretta pistol, model 92FS, with serial number BER204123Z, which was seized by law enforcement on or about May 26, 2015.

FORFEITURE ALLEGATION
(Controlled Substances Offenses)

22. Upon conviction of one or more of the controlled substances offenses alleged in Counts One through Sixteen of this Indictment, the defendants ERIC MUNOZ, a.k.a. "Bebito," SAMUEL CORTES, ANGEL NAZARIO, LUIS REYES-GUTIERREZ, AMBIORIS REYES-GUTIERREZ, a.k.a. "Domi," HERIBERTO PAGAN, NELSON MARQUEZ, a.k.a. "Chin," COREY HORTON, a.k.a. "Bake," ANTHONY CHRISTIANA and JOSE SERRANO shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation(s) of Title 21, United States Code, Sections 846 and 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, and a sum of money equal to the total amount of proceeds obtained as a result of the offense(s).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853, and Rule 32.2(a), Federal

Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

GEOFFREY M. STONE
ASSISTANT UNITED STATES ATTORNEY